IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA        :

vs.                             :    CRIMINAL ACTION 13-161-WS-N

JOHN HOWARD HUGGINS             :


ORDER OF REVOCATION OF RELEASE AND
ORDER OF DETENTION

On September 25, 2013, the undersigned held a telephone conference with Paul Brown, Esq., counsel for the defendant and Assistant United States Attorney Gloria Bedwell regarding defendant John Howard Huggins' conditions of release. For the reasons articulated by the undersigned during that conversation, the undersigned finds that there are no conditions or combination of conditions that can be imposed to assure the safety of the community or ensure defendant's appearance at future court proceedings. Accordingly, defendant's conditions of release are hereby REVOKED and he is ORDERED DETAINED pending trial.

On September 20, 2013, defendant appeared before the undersigned for a detention hearing. (Doc. 94) After hearing presentation of evidence and argument by counsel for defendant and the United States, the undersigned orally set conditions of release for the defendant to include inpatient treatment at The Shoulder. The conditions of release were made contingent on defendant's successful acceptance into and completion of the ninety day program. On September 25, 2013 the undersigned was notified by pretrial services officer Wilson Castle that The

Shoulder had declined to admit defendant into the program due to health issues discovered upon his presentation at the facility. Accordingly, defendant has failed to meet the conditions of release set by this court.

It is therefore **ORDERED** that the court's oral order of September 20, 2013 setting conditions of release be and is hereby **REVOKED and Defendant is REMANDED TO THE CUSTODY OF THE MARSHAL.**

It is further **ORDERED** that Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that Defendant shall be afforded reasonable opportunity for private consultation with counsel; and that on order of a court of the United States or upon request of an attorney for the United States, that the person in charge of the correctional facility in which Defendant is confined shall deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE this 25th day of September 2013.

/s/Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**