IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| VS. | * CASE NO: 13-00161 |
| JANET MARIE BOYKIN, | * |
| Defendant. | * |

## DEFENDANT'S PROPOSED VOIR DIRE

Comes now Janet Marie Boykin, the above captioned Defendant, by and through her defense counsel, Neil L. Hanley, and submits the following proposed voir dire questions.

1. Illegal drugs and drug abuse has touched the lives of many families. Have you or anyone in your family had such an experience?

2. Do you harbor strong feelings about drugs that would make it difficult to be fair, to either the prosecution or the defense, in a case charging drug possession and distribution?

Respectfully Submitted,

/s/ Neil L. Hanley
Attorney for Defendant
158 Congress Street
Mobile, AL 36603
Tel: (251) 432-5579
Fax: (251) 432-5507
Email: NHlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this the 2d day of January, 2014 upon all counsel of record by electronically filing the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Neil L. Hanley