# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**

**JAMES K. CURRY**

\*   **CRIMINAL NO. 13-00161-004**
\*
\*

## MOTION FOR A DOWNWARD DEPARTURE
## PURSUANT TO U.S.S.G. §5K1.1.

The United States of America, by and through the United States Attorney for the Southern District of Alabama, moves this Court to depart downward from the low end of the sentencing guideline range for the defendant **James K. Curry**, pursuant to U.S.S.G., Section 5K1.1, and in support thereof states:

1. **James K. Curry's** cooperation and statements substantially assisted the United States.

2. As such, the United States recommends a downward departure of 50% (fifty percent) from the low end of the guidelines as calculated for this defendant.

WHEREFORE, the United States respectfully moves, in return for the substantial assistance rendered to the United States, that this Court depart downward an appropriate amount from the defendant's guideline range when sentencing this defendant.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

s/Gina S. Vann   for Gloria Bedwell
Gina S. Vann (VANNG2599)

> Assistant United States Attorney
> United States Attorney's Office
> 63 S. Royal Street, Suite 600
> Mobile, Alabama 36602
> Telephone: (251) 441-5845
> Fax: (251) 441-5277

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Thomas Haas, counsel for the defendant.

> s/Gina S. Vann
> Gina S. Vann
> Assistant United States Attorney